# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151048(83)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ANTONIO TONY GLOSTER,
          Defendant-Appellant.
_____/

SC: 151048
COA: 316553
Wayne CC: 12-010845-FC

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief submitted on January 29, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2016



Clerk